** NOT FOR PRINTED PUBLICATION**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| **LOW T HOLDINGS TEXAS, INC.** | § | **CIVIL ACTION** |
| | § | |
| **VS.** | § | **NO. 4:15-cv-00529** |
| | § | |
| **LTF, INC. d/b/a** | § | |
| **LIFE TIME FITNESS, INC.** | § | |

### ORDER ON AGREED STIPULATION OF DISMISSAL

After considering the parties' Agreed Stipulation of Dismissal, the court

GRANTS the Stipulation and dismisses the case with prejudice to the refiling of same.

So **ORDERED** and **SIGNED** this **13** day of **November, 2015.**

_____
Ron Clark, United States District Judge

APPROVED AND ENTRY REQUESTED:

*/s/ John G. Browning*
John G. Browning,
Attorney for Defendant/Counter Plaintiff